**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

COLE HICKMAN, Individually and On Behalf
of All Others Similarly Situated,

                    Plaintiff,

         v.

FLYWIRE CORPORATION, MICHAEL
MASSARO, COSMIN PITIGOI, MICHAEL
ELLIS, and ROB ORGEL,

                    Defendants.

Case No.: 25-cv-04110

---

**STIPULATION AND ORDER**

WHEREAS, on July 25, 2025, plaintiff Cole Hickman ("Plaintiff") filed the above-captioned action (the "Action") on behalf of a putative class of investors that purchased or otherwise acquired Flywire Corporation ("Flywire") securities, against Defendants Flywire, Michael Massaro, Cosmin Pitigoi, Michael Ellis, and Rob Orgel ("Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 promulgated thereunder;

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)-(B), provides, in class actions brought under the Exchange Act, that: (i) not later than 20 days after the date on which the first complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class of the action; (ii) not later than 60 days after the date on which the notice is published, any member of the purported class may move the Court to serve as lead plaintiff; and (iii) not later than 90 days after the date on which notice is published, the Court shall appoint the "most adequate plaintiff" as lead plaintiff for the

class. *Id*. §§ 78u-4(a)(3)(A)(i), (B)(i).  In addition, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss …." *Id*. § 78u-4(b)(3)(B).

WHEREAS, Plaintiff has published the requisite notice of the complaint ("Complaint") (Dkt. No. 1) in the Action;

WHEREAS, it is customary in securities class actions subject to the PSLRA for the appointed lead plaintiff(s) to file an amended complaint; and

WHEREAS, undersigned counsel for Defendants hereby accept service of the summons and Complaint on behalf of each Defendant, without waiving any defenses other than sufficiency of service.

NOW, THEREFORE, the parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1.      Defendants are not required to respond to the current operative Complaint in the Action;

2.      Within 14 days of the entry of an order appointing lead plaintiff(s) and lead counsel, lead counsel shall meet and confer with defense counsel for the purpose of jointly submitting a proposed schedule for (i) the filing of an amended complaint by the lead plaintiff, and (ii) briefing Defendants' motion to dismiss the amended complaint, and shall submit that schedule for the Court's approval.

[SIGNATURE BLOCKS FOLLOW ON NEXT PAGE]

Dated:  August 19, 2025

**POMERANTZ LLP**

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman
jalieberman@pomlaw.com
J. Alexander Hood II
ahood@pomlaw.com
James M. LoPiano
jlopiano@pomlaw.com
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

**THE SCHALL LAW FIRM**
Brian Schall
(*pro hac vice* application forthcoming)
brian@schallfirm.com
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964

*Attorneys for Plaintiff Cole Hickman*

**KATTEN MUCHIN ROSENMAN LLP**

/s/ *Jonathan Rotenberg*
Bruce G. Vanyo
bruce@katten.com
Jonathan Rotenberg
jrotenberg@katten.com
Thomas Artaki
thomas.artaki@katten.com
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800

*Attorneys for Defendants*
*Flywire Corporation, Michael Massaro,*
*Cosmin Pitigoi, Michael Ellis and*
*Rob Orgel*

IT IS SO ORDERED:

_Lara K. Eshkenazi_____
The Honorable Lara K. Eshkenazi
United States Magistrate Judge