**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COLE HICKMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLYWIRE CORPORATION, MICHAEL MASSARO, COSMIN PITIGOI, MICHAEL ELLIS, and ROB ORGEL,<br><br>Defendants. | **CASE No.: 1:25-cv-04110-FB-LKE**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF JASON HAAS AND COLE HICKMAN FOR: (1) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (2) APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br>**CLASS ACTION** |

Lead Plaintiff Movants Jason Haas ("Haas") and Cole Hickman ("Hickman"), by and through their undersigned counsel, hereby stipulate as follows in support of their request for appointment as Co-Lead Plaintiffs, and approval of their selection of Co-Lead Counsel:

WHEREAS, on July 25, 2025, Hickman commenced this action (the "Action") by filing a complaint against the above-captioned Defendants, alleging violations of the federal securities laws on behalf of a putative class consisting of investors in Flywire Corporation ("Flywire") securities between February 28, 2024 and February 25, 2025 (Dkt. No. 1);

WHEREAS, as a putative class action alleging violations of the federal securities laws, the Action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which provides, in relevant part, that any putative Class member who "either filed the complaint or made a motion" within sixty (60) days of publication of the notice of pendency of the Action—here, on or before September 23, 2025—may be considered by the Court for appointment as Lead Plaintiff (15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(aa));

WHEREAS, on September 23, 2025, two movants filed timely, separate motions seeking appointment as Lead Plaintiff and approval of their respective selections of Lead Counsel pursuant to the PSLRA: (i) Haas (Dkt. No. 17); and (ii) Hickman (Dkt. No. 18);

WHEREAS, the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iii), provides, *inter alia*, that the most adequate plaintiff to serve as Lead Plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") (15 U.S.C. § 78u-4(a)(3)(B)(iii));

WHEREAS, the PSLRA provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class (15 U.S.C. § 78u-4(a)(3)(B)(v));

WHEREAS, Haas and Hickman have each provided sworn Certifications pursuant to the PSLRA in support of their respective applications for Lead Plaintiff appointment, setting forth, *inter alia*, their transactions in Flywire securities (*see* Dkt. No. 17-3; Dkt. No. 18-6);

WHEREAS, Haas and Hickman, each having alleged losses in connection with the fraud alleged in the above-captioned Action, both have financial interests in the outcome of this litigation;

WHEREAS, Haas and Hickman are also each qualified to serve as lead plaintiff in this case given, among other things, their interest in aggressively pursuing the claims in the above-captioned Action and their willingness to discharge the obligations of class representatives in the above-captioned Action as described in the memoranda of law submitted in support of Haas' and Hickman's respective motions (*see* Dkt. No. 17-1 at 4; Dkt. No. 18-2 at 6, 10);

WHEREAS, having reviewed one another's submissions to the Court, Haas and Hickman believe that they each satisfy the requirements of Rule 23;

2

WHEREAS, having reviewed one another's submissions to the Court, Haas and Hickman believe that it is in the best interests of the Class to resolve their competing motions and for Haas and Hickman to serve as Co-Lead Plaintiffs and for their respective selections of The Rosen Law Firm, P.A. ("Rosen") and Pomerantz LLP ("Pomerantz") to serve as Co-Lead Counsel for the Class;

WHEREAS, Haas and Hickman are committed to supervising the conduct of this litigation by their counsel and to ensuring that counsel coordinate appropriately, prosecute the above-captioned Action efficiently, and avoid any duplication of effort in the conduct of the litigation;

WHEREAS, courts have endorsed stipulations among competing Lead Plaintiff movants, like here, as promoting the statutory purposes of the PSLRA, and have permitted "independent lead plaintiff movants [to] join together to help ensure that adequate resources and experience are available to the prospective class in the prosecution of th[e] action and because [e]mploying a co-lead plaintiff structure . . . will also provide the proposed class with the substantial benefits of joint decision-making." *In re Rockwell Med., Inc. Sec. Litig.*, No. 1:16-cv-01691-RJS, Dkt. No. 18 at 2-3 (S.D.N.Y. May 20, 2016) (internal quotation marks omitted) (citing *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Tr. v. LaBranche & Co.*, 229 F.R.D. 395, 420 (S.D.N.Y. 2004)); *see also Ortiz v. Canopy Growth Corporation et al.*, No. 2:19-cv-20543 (D.N.J.) ("Ortiz"), Dkt. No. 27 (approving stipulation of competing lead plaintiff movants to serve as co-lead plaintiffs and approving their selection of co-lead counsel); *Deputy v. Akebia Therapeutics, Inc. et al.*, No. 1:22-cv-01411-AMD-VMS (E.D.N.Y.), ECF Order on June 28, 2022 (same); *In re Grab Holdings Ltd. Sec. Litig.*, No. 1:22-cv-02189-VM (S.D.N.Y.), Dkt. No. 39 (same); *In re Altimmune, Inc. Sec. Litig.*, No. 8:24-cv-01315-ABA (D. Md.), Dkt. No. 22 (same); *Pizzuto v. Homology Meds., Inc.*, No. 2:22-cv-01968-FLA-JPR (C.D. Cal.), Dkt. No. 38 (same); *Maurer v. Argos Therapeutics Inc., et al.*, No. 1:17-cv-00216-TDS-LPA (M.D.N.C.), Dkt. No. 26 (same); *In re Facebook, Inc. Sec.*

3

*Litig.*, No. 5:18-cv-01725-EJD, Dkt. No. 56 at 2-3 (N.D. Cal. Aug. 3, 2018) (approving stipulation of lead plaintiff movants where movants "concluded that a protracted dispute concerning lead plaintiff appointment . . . [was] not in the best interests of the class and that jointly prosecuting [the] litigation would be appropriate and assist with the speedy commencement of [the] litigation"); *see also In re Millennial Media, Inc. Sec. Litig.*, 87 F. Supp. 3d 563, 570 (S.D.N.Y. 2015) ("A co-lead plaintiff structure best protects the interests of the class . . . and gives the class the advantages of the combined knowledge, experience, and judgment of both lead plaintiffs." (collecting cases)); and

WHEREAS, Rosen Law and Pomerantz have successfully prosecuted similar securities class actions under the PSLRA as Co-Lead Counsel. *See, e.g.*, *Chan, et al., v. New Oriental Education & Technology Group Inc., et al.*, No. 2:16-cv-09279-KSH-CLW (D.N.J.); *Ortiz; Vataj v. Johnson, et al.*, No. 4:19-cv-06996-HSG (N.D. Cal.); *In re Blue Apron Holdings, Inc. Securities Litigation*, No. 17-cv-04846-NGG-PK (E.D.N.Y.); *Pirnik v. Fiat Chrysler Automobiles N.V. et al.*, No. 1:15-cv-07199-JMF (S.D.N.Y.); *Whiteley, et al. v. Zynerba Pharmaceuticals, Inc., et al.*, No. 2:19-cv-04959-NIQA (E.D. Pa.); *Thomas, et al., v. MagnaChip Semiconductor Corp., et al.*, No. 3:14-CV-01160-JST (N.D. Cal.); *Thorpe, et al., v. Walter Investment Management Corp.*, No. 1:14-cv-20880-UU (S.D. Fla.);

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1.      Pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), Haas and Hickman are hereby appointed Co-Lead Plaintiffs in the above-captioned Action; and

2.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Co-Lead Plaintiffs' selection of Rosen and Pomerantz as Co-Lead Counsel for the Class are hereby approved in the above-captioned Action.

Dated: October 7, 2025                  Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        */s/ Phillip Kim*
                                        Phillip Kim
                                        Laurence M. Rosen
                                        275 Madison Avenue, 40th Floor
                                        New York, New York 10016
                                        Telephone: (212) 686-1060
                                        Fax: (212) 202-3827
                                        Email: philkim@rosenlegal.com
                                        Email: lrosen@rosenlegal.com

                                        *Counsel for Jason Haas and [Proposed]*
                                        *Co-Lead Counsel for the Class*

                                        **POMERANTZ LLP**

                                        */s/ J. Alexander Hood II*
                                        J. Alexander Hood II
                                        Jeremy A. Lieberman
                                        James M. LoPiano
                                        600 Third Avenue, 20th Floor
                                        New York, New York 10016
                                        Telephone: (212) 661-1100
                                        Facsimile: (917) 463-1044
                                        Email: ahood@pomlaw.com
                                        Email: jalieberman@pomlaw.com
                                        Email: jlopiano@pomlaw.com

                                        *Counsel for Cole Hickman and [Proposed] Co-*
                                        *Lead Counsel for the Class*

                                        **THE SCHALL LAW FIRM**
                                        Brian Schall
                                        (*pro hac vice* application forthcoming)
                                        Andrew Brown
                                        (*pro hac vice* application forthcoming)
                                        William Brody
                                        (*pro hac vice* application forthcoming)
                                        Adam Rosen
                                        (*pro hac vice* application forthcoming)

5

2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
Email: brian@schallfirm.com
Email: andrew@schallfirm.com
Email: wbrody@schallfirm.com
Email: adam@schallfirm.com

*Additional Counsel for Cole Hickman and
[Proposed] Additional Counsel for the Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2025    _____

HON. LARA K. ESHKENAZI
UNITED STATES MAGISTRATE JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 7, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Phillip Kim*